## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Before: Roslynn R. Mauskopf, U.S.D.J.**   Date: **12/21/15**

**Docket Number:**     15-cr-455

Deft Name:   John Doe
             ___ Present      _x_ Not Present          ___ Custody     _X_ Bail

Defense Counsel:   Michael Padden
                  ___ CJA        ___ Retained       _X_ Federal Defenders


A.U.S.A.:   Mark Bini and Seth Ducharme

Court Reporter:  Anthony Frisilone

Interpreter:     N/A                         Deputy Clerk: Winnethka Valentin


_X_    Conference held.


___    **Speedy Trial**: Code Type _____ Start_____      Stop_____
       ___ Order / Waiver Executed & Filed.   ___ Entered on record.
       ___ In the interest of justice as stated on the record and with consent of parties.


___    Further Status Conference set for _____

OTHER:  Motion Hearing to Close Courtroom held. Defense counsel waives his client's appearance. Joint motion to close the courtroom: Granted. The Court made findings on the record pursuant to U.S. v. Alcantara.